# DAWN M. FLORIO LAW FIRM, PLLC

*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
[DawnMFlorio@yahoo.com](mailto:DawnMFlorio@yahoo.com)

*ADMITTED IN NY & NJ STATE AND FEDERAL

July 13, 2021

<u>Via ECF Filing</u>
Honorable Justice Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007-1312

> Application GRANTED. Sentencing is hereby ADJOURNED to September 2, 2021, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #125. SO ORDERED.
>
> *[signature]*
>
> July 14, 2021

Re: USA v. Kevin Crosby
<u>Docket No. 1:19-CR-00625-JMF</u>

Honorable Justice;

    I, Dawn M. Florio, Esq., represents Kevin Crosby on the above instant matter. I am in receipt of the ECF email dated July 6, 2021 Order stating the court granted an adjournment of his sentencing from July 22, 2021 to July 29, 2021.

    I currently have knee surgery scheduled for July 13, 2021 and will not be able to appear in person for Mr. Crosby's sentencing. (See Attached Physicians Letter) I am formally requesting an adjournment for September, which will give me time to heal and attend therapy. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Kevin Crosby*

CC:      All Counsel