# DAWN M. FLORIO LAW FIRM, PLLC

*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

*ADMITTED IN NY & NJ STATE AND FEDERAL

August 18, 2021

Via ECF Filing
Honorable Justice Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007-1312

> Application GRANTED. Sentencing is ADJOURNED to October 6, 2021, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. #128. SO ORDERED.
>
> *[signature]*
>
> August 20, 2021

Re: USA v. Kevin Crosby
Docket No. 1:19-CR-00625-JMF

Honorable Justice;

    I, Dawn M. Florio, Esq., represents Kevin Crosby on the above instant matter that is dated September 2, 2021 @ 10am for in-person sentencing.

    I am still recovering from my knee surgery that was on July 13, 2021. After my follow up, my physician has stated that I have to continue healing and attending physical therapy before I am able to appear for any in person court appearances. I also need additional time to meet with Mr. Crosby to prepare Defense Sentencing Memo. (See Attached Physicians Letter) I am formally requesting an adjournment for Late September or October. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Kevin Crosby*

CC:    All Counsel



**Ran Schwarzkopf, MD**
**NYU LANGONE ORTHOPEDIC CENTER - ADULT RECONSTRUCTION**
233 Broadway
Suite 640
New York NY  10279
Phone 212-513-7711
Fax 212-513-7723

July 28, 2021

To Whom It May Concern:

Dawn Florio is under my care for treatment of her left knee. She has underwent left total knee replacement on 7/13/21 at NYU Langone Orthopedic Hospital.

From our medical standpoint, she should refrain from attending court hearings or trials until the end of September due to impaired mobility, severe pain, and severe swelling from recent surgery.

If there are any questions or concerns, please feel free to call the office.

Sincerely,

Ran Schwarzkopf, MD