# DAWN M. FLORIO LAW FIRM, PLLC

*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
[DawnMFlorio@yahoo.com](mailto:DawnMFlorio@yahoo.com)

*ADMITTED IN NY & NJ STATE AND FEDERAL

November 17, 2021

<u>Via ECF Filing</u>
Honorable Justice Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007-1312

        Re: USA v. Kevin Crosby
        <u>Docket No. 1:19-CR-00625-JMF</u>

Honorable Justice;

    I, Dawn M. Florio, Esq., represents Kevin Crosby on the above instant matter that is dated November 22, 2021 @ 2:15pm for in-person sentencing.

    I have started trial on People v. Salim Wilson (Please See Attached Order) and will begin Jury Selections on Monday and won't be able to appear, so I an requesting an adjournment. I have spoken to AUSA Andrew Chan and AUSA Justin Rodriguez and they consent to this request. I am formally requesting the first week of January 2022. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

        Sincerely,

        Dawn M. Florio

        Dawn M. Florio, Esq.
        *Attorney for Kevin Crosby*

CC:    All Counsel

Application GRANTED. The sentencing is hereby ADJOURNED to **January 6, 2022**, at **2:00 p.m.** The Clerk of Court is directed to terminate ECF No. 154. SO ORDERED.

November 17, 2021