# DAWN M. FLORIO LAW FIRM, PLLC

*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Tel: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

*ADMITTED IN NY & NJ STATE AND FEDERAL

January 4, 2022

Via ECF Filing
Honorable Justice Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007-1312

> Application GRANTED. Sentencing is hereby ADJOURNED to February 17, 2022, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #138. SO ORDERED.
>
> January 4, 2022

Re: USA v. Kevin Crosby
Docket No. 1:19-CR-00625-JMF

Honorable Justice;

    I, Dawn M. Florio, Esq., represents Kevin Crosby on the above instant matter that is dated January 6, 2022 @ 2pm for in-person sentencing.

    I have started trial on People v. Juan Calderon (Please See Attached Order). I have also attempted numerous times to visit my client in person and to schedule calls but they have been constantly cancelled due to Covid outbreaks at the facility. Mr. Crosby is requesting to meet before being sentenced, so I am requesting an adjournment. I have spoken to AUSA Andrew Chan and AUSA Justin Rodriguez and they consent to this request. I am formally requesting the middle of February 2022. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Kevin Crosby*

CC:  All Counsel

Supreme Court
of the
State of New York



JAMES A McCARTY JR.
JUDGE OF COURT OF CLAIMS

CHAMBERS
BRONX COUNTY HALL OF JUSTICE
265 EAST 161ST STREET
BRONX, NEW YORK 10451

October 1st, 2021

Dawn Florio, Esq.
488 Madison Avenue
38th Floor
New York, NY 10022

Re: People v Juan Calderon
Indictment no. 2022-2017
BY EMAIL:
dawnmflorio@yahoo.com

Dear Ms. Florio,

    As you know, the above referenced case is scheduled for trial on January 3rd, 2022. As this date is certain you are directed not to become engaged on any other matter that might interfere or delay the proceedings in this case. Thus, consider yourself actually engaged on this case. Please inform any other judge requesting your presence of your prior commitment. In the event of any problem regarding your status, please contact my law clerk Belkis Alonso-Ortiz, as soon as possible. She can be reached at (718) 618-3635 and bortiz@nycourts.gov.

Very truly yours,

Hon. James A. McCarty, J.S.C.

Cc: ADA Morgan Dolan
Dolanm@bronxda.nyc.gov